**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 15, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:

Janelle Gedmin

    v.

North American Safety Products                          **JUDGE ST. EVE**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff
                                                                      **08 C 337**

| NAME (Type or print) |
| --- |
| Deanne S. Medina |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/Deanne S. Medina |

| FIRM |
| --- |
| DoranMedina, LLC |

| STREET ADDRESS |
| --- |
| 2625 Butterfield Road, Suite 138S |

| CITY/STATE/ZIP |
| --- |
| Oak Brook, IL 60325 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06273485 | (630)368-0200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? |  YES | NO X |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** NO ☐ |
| --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |