## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Janelle Gedmin

                                Plaintiff,

v.                                                                   Case No.: 1:08−cv−00337
                                                                   Honorable Amy J. St. Eve

North American Safety Products, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Status hearing held on 2/26/2008. The Court adopts the joint status report. Rule 26(a)(1) disclosures due by 3/18/2008. Written discovery to be issued by 3/21/2008. Fact discovery ordered closed by 6/30/2008. Expert disclosures with reports due by 6/25/2008. Expert discovery ordered closed by 7/28/2008. Status hearing set for 4/1/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.