*Cll*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANELLE GEDMIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| and | ) | Case No.  08 C 337 |
| | ) | Judge St. Eve |
| NORTH AMERICAN SAFETY | ) | Magistrate Judge Mason |
| PRODUCTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**F I L E D**

*TC.*

MAR 1 1 2008

*Mar 11 2008*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

To:     Ms. Karen J. Doran
         Attorney at Law
         DoranMedina, LLC
         2625 Butterfiled Road, Suite 138S
         Oak Brook, IL 60523

**PLEASE TAKE NOTICE** that on the 6th day of March, 2008, the undersigned will cause to be filed in the **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**, via regular United States mail, an *ATTORNEY APPEARANCE FORM* and an *ANSWER,* a copy of which is attached hereto, made part hereof and is hereby served upon you.

THOMAS P. POLACEK

### PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon the parties and/or attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such parties and/or attorneys at their business address as disclosed by the pleadings of record herein, with proper postage fully prepaid, and by depositing said envelope in the U.S. Mail in Joliet, Illinois on the 6th day of March, 2008.

THOMAS P. POLACEK
Attorney No.  06217317
McNAMARA PHELAN McSTEEN, LLC
116 North Chicago Street, Suite 204
Joliet, Illinois  60432
815-727-0100

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 337 |
| Janelle Gedmin | |

v.

North American Safety Products, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

North American Safety Products, Inc.

FILED

Mar 11 2008

MAR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Thomas P. Polacek | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas P. Polacek | |
| FIRM<br>McNamara Phelan McSteen, LLC | |
| STREET ADDRESS<br>116 North Chicago St., Suite 204 | |
| CITY/STATE/ZIP<br>Joliet, IL  60432 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06217317 | TELEPHONE NUMBER<br>815-727-0100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐