# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Janelle Gedmin

                                       Plaintiff,

v.                                                                  Case No.: 1:08–cv–00337
                                                                        Honorable Amy J. St. Eve

North American Safety Products, Inc.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 4/1/2008. Parties to contact the courtroom deputy by 4/25/2008 regarding a referral to the Magistrate Judge for settlement, as stated in open court. ( Status hearing set for 5/22/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.