UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Janelle Gedmin
                              Plaintiff,

v.                                               Case No.: 1:08−cv−00337
                                                        Honorable Amy J. St. Eve

North American Safety Products, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/26/2008 and continued to 8/21/08 at 8:30 a.m. Dispositive motion deadline is stricken. Mr. Mobeck's deposition is stayed. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.